UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § § § § | |
| Plaintiff, | | |
| v. | § § § | Case No. |
| JOHN DOE, subscriber assigned IP address 24.170.6.13, | § § § § | |
| Defendant. | § | |

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, undersigned hereby certifies that Plaintiff Strike 3 Holdings, LLC's parent corporation is General Media Systems, LLC. There are no publicly traded corporations that currently own 10% or more of Plaintiff's stock.

Undersigned further certifies that the following persons or entities have a financial interest in the outcome of the case: Strike 3 Holdings, LLC - Plaintiff; financial interest, General Media Systems, LLC, and John Doe Defendant.

Dated:  July 27, 2023                    Respectfully submitted,


                                         By: */s/ Paul S. Beik*
                                         PAUL S. BEIK
                                         Texas Bar No. 24054444
                                         BEIK LAW FIRM, PLLC
                                         917 Franklin Street, Suite 220
                                         Houston, TX 77002
                                         T: (713) 869-6975
                                         F: (713) 583-9169
                                         E-mail: paul@beiklaw.com


                                         By: */s/ Matthew J. Kita*
                                         MATTHEW J. KITA
                                         Texas Bar No. 24050883
                                         3110 Webb Avenue, Suite 150
                                         Dallas, TX 75205
                                         T: (214) 699-1863
                                         E-mail: matt@mattkita.com


                                         **ATTORNEYS FOR PLAINTIFF**
                                         **STRIKE 3 HOLDINGS, LLC**