UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Civil Case No. 3:23-cv-01669-B |
| Plaintiff, | Judge Jane J. Boyle |
| v. | |
| JOHN DOE subscriber assigned IP address 24.170.6.13, | |
| Defendant. | |

**[PROPOSED] ORDER ON PLAINTIFF'S APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT**

THIS CAUSE came before the Court upon Plaintiff's application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Amended Complaint, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have until December 24, 2023 to effectuate service of a summons and Amended Complaint on Defendant.

SO ORDERED this _____ day of _____, 2023.


By:_____
**United States District Judge
Honorable Jane J. Boyle**